**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

MIGUEL PERALTA,

                              Plaintiff,

                -against-

20 AVENUE A, INC. et al.

                           Defendants.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/7/2026

**26-CV-1911 (DEH) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 6, 2026 the parties in the above-entitled action filed a joint letter requesting (1) an extension of time for Defendants to respond to the operative complaint and (2) an adjournment of the initial case management conference scheduled for May 20, 2026.  The request is GRANTED in part and DENIED in part.  Defendants' responsive pleading is now due May 29, 2026. The initial case management conference will proceed as scheduled and the parties are reminded to submit a joint proposed case management plan in accordance with the Court's Order at ECF No. 10 by May 13, 2026.

      **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.**

      SO ORDERED.

DATED:      New York, New York
               May 7, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge