```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____05/12/2026____
```

# PECHMAN LAW GROUP PLLC
### LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

May 12, 2026

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District Court of New York
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:** The Initial Conference set for 5/20/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, July 22, 2026 at 10:00 a.m.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> _____
> **Hon. Katharine H. Parker, U.S.M.J.**
>
> **05/12/2026**

Re: *Peralta v. 20 Avenue A Inc. et al.*
    No. 26 Civ. 1911 (DEH)(KHP)

Dear Judge Parker:

We represent the Plaintiff in the above-referenced matter and submit this letter jointly with counsel for Defendants to adjourn the Initial Case Management Conference to permit the Parties to participate in mediation through the Southern District Mediation Program pursuant to Judge Ho's May 9, 2026 Mediation Referral Order (ECF No. 15).

Judge Ho's Order directs the Parties to complete mediation by July 8, 2026, prior to the Initial Case Management conference. The Parties have conferred regarding the exchange of payroll and time records, and both sides believe that early mediation may be productive. In light of the foregoing, the parties request that the May 20, 2026 Initial Case Management Conference set forth in your Honor's Scheduling Order be adjourned to date convenient to the Court following the parties' July 8, 2026 mediation deadline.

This is the second request for an adjournment of the Initial Case Management Conference. This request is made on consent of all parties. We thank the Court for its time and consideration.

Respectfully submitted,

*s/Rachell Henriquez*

Rachell Henriquez

cc: Marc Scolnick, Esq. (Counsel for Defendants)