USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MIGUEL PERALTA,

Plaintiff,

-against-

20 AVENUE A, INC. et al.

Defendants.

-----------------------------------------------------------------X

**26-CV-1911 (DEH) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 27, 2026 the parties in the above-entitled action filed a joint status letter informing the Court that they are engaged in settlement discussions and request a Court-imposed deadline for finalizing any potential agreement reached. The request is GRANTED. On or before September 24, 2026, (1) the parties are to either finalize their settlement negotiations and file corresponding submissions with the Court or (2) Plaintiff is to answer, move, or otherwise respond to Defendants' counterclaim.

**SO ORDERED.**

DATED: New York, New York
August 28, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge