UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

MIGUEL PERALTA,

Plaintiff,

-against-

20 AVENUE A INC. d/b/a FANCY NY GRILL & DELI and MUGAHED ZANDANI,

Defendants.

--------------------------------------------------------------------X

**No. 26 Civ. 1911(DEH)(KHP)**

**(PROPOSED) JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Miguel Peralta ("Plaintiff") on November 16, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendant Defendant 20 Avenue A Inc. d/b/a Fancy NY Grill & Deli ("Defendant"), in the amount of $33,000.00, inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment.

Dated: November 20, 2026
New York, New York

Dale E. Ho
United States District Judge